# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY LYNN FOGG

NO. 2026 KW 0756

**AUGUST 10, 2026**

---

In Re:     Gary Lynn Fogg, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 523830.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.** As an indigent inmate, relator is entitled to receive certain court documents, such as the bill of information, commitment papers, court minutes for various portions of the trial, and minutes of his sentencing, free of charge without the necessity of establishing a particularized need. See **State ex rel. Simmons v. State**, 93-0275 (La. 12/16/94), 647 So.2d 1094 (*per curiam*). "As to all other documents, an indigent inmate has the constitutional right to free copies of [documents] only in those instances in which he shows that denial of the request will deprive him of an 'adequate opportunity to present [his] claims fairly.'" An inmate cannot make a showing of particularized need absent a properly filed application for postconviction relief which sets out specific claims of constitutional errors requiring the requested documentation for support. See **State ex rel. Bernard v. Criminal Dist. Court Section J.**, 94-2247 (La. 4/28/95), 653 So.2d 1174, 1175 (*per curiam*).

EW
TPS
KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT